IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

DONGNGHI N WILSON
2714 WHITEMARSH WAY
SAVANNAH, GA 31410

Debtor(s)

Chapter 13
Case No. 17-41654-EJC

## TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $8,000.00 or more to unsecured creditors, but in any event will pay not less than 0% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

[ ] Raise payments/extend plan as follows:

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[X] OTHER: The Debtor is above-median and must remain in a 60-month Plan.

The Debtor must continue to pay a minimum dividend payment to unsecured creditors with allowed claims of no less than $7,800 ($8,000 is proposed) due to disposable monthly income of $130.00 per the Official Form 122C.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 17 day of January, 2018.

_____
Debtor Counsel - JUDSON C. HILL
Jeremiah B. Gastin
Ga Bar 705768

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

Chapter 13 Trustee Attorney

____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

____ JEFF NARMORE, Georgia Bar #412079

____ LAURA A. GRIFKA, Georgia Bar #312055

____ CARRI H. JOHNSON, Georgia Bar #301590

24